UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE CELANI,

    Plaintiff,

v.                                          Case No: 2:13-cv-404-FtM-38UAM

CHECK MART OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER[1]

    This matter comes before the Court on the Plaintiff, George Celani and the Defendant, Check Mart of Florida's Agreed Upon Motion to Stay Proceedings (Doc. #16) filed on August 15, 2013. The Parties move the Court to stay the case for forty-five (45) days or up to and including September 30, 2013. As grounds for the stay, the Parities state that they have agreed to participate in a non-binding mediation in hopes of settling the case.

    District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2001). The case is in its early stages and no one should be prejudiced by a stay at this point in the litigation. Further, the Court believes that a stay at this time will be in the interest of judicial economy and will save the Parties the expenditures of attorney's fees and costs. Thus good cause exists to grant the stay.

Accordingly, it is now

**ORDERED:**

The Plaintiff, George Celani and the Defendant, Check Mart of Florida's Agreed Upon Motion to Stay Proceedings (Doc. #16) is **GRANTED**.

(1) The case is **STAYED** up, to and including **September 30, 2013**.

(2) The Stay will be automatically lifted on September 30, 2013, and the Plaintiff's response to the Motion to Dismiss (Doc. # 13), should the case not settle, will be due on or before **October 15, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of August, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record