IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
(FT. MYERS DIVISION)

GEORGE CELANI,

    Plaintiff,

-vs-

CHECK MART OF FLORIDA, INC d/b/a
THE CHECK CASHING STORE,         CASE NO.: 2:13-CV-404-FTM-38UAM

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, George Celani, and the Defendant, Check Mart of Florida, Inc. d/b/a The Check Cashing Store, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of September, 2013.

| | |
|---|---|
| /s/ *William Peerce Howard* | /s/ *John D. Agnew* |
| William Peerce Howard, Esquire | John D. Agnew, Esquire |
| Morgan & Morgan, P.A. | Henderson, Franklin, Starnes, & Holt, P.A. |
| One Tampa City Center | P.O. Box 280 |
| 201 N. Franklin St., 7th Floor | Ft. Myers, FL 33902-0280 |
| Tampa, FL 33602 | Tele: (239) 344-1364 |
| Tele: (813) 223-5505 | Fax: (239) 344-1538 |
| Fax: (813) 223-5402 | john.agnew@henlaw.com |
| WHoward@forthepeople.com | Florida Bar# 0027377 |
| Florida Bar #: 0103330 | Attorney for Defendant |
| Attorney for Plaintiff | |